C-13-15(a)(Motion)
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| DANIEL LEE WYATT | ) | |
| BARBARA ANN WYATT | ) | No: B-08-50497 C-13W |
| | ) | |
| Debtors | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

Claims were filed in this Chapter 13 case as follows:

> The Finance Company claim for $11,917.09. Proof of claim filed on April 3, 2008. The Trustee is of the belief that the claim should be classified as unsecured.

> Consumer Portfolio Services unsecured claim for $11,216.91. Proof of claim filed on June 12, 2008.

The Trustee is of the belief that these two claims are duplicates and that the claim of Consumer Portfolio Services should be disallowed.

The Trustee recommends as follows:

1. That the claim of Consumer Portfolio Services be disallowed.

2. That the claim of The Finance Company be allowed and that it be classified as an unsecured claim.


Date: March 13, 2009                                     s/ Kathryn L. Bringle
KLB: vrd                                                 Trustee

-------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by <u>April 22, 2009</u> with the United States Bankruptcy Court at the address of

> *226 South Liberty Street*
> *Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on <u>May 20, 2009</u> at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.


Date: March 13, 2009                                     OFFICE OF THE CLERK
                                                         U.S. Bankruptcy Court

BARBARA ANN WYATT
5832 SIR KNIGHT CIRCLE
CLEMMONS, NC 27012

CONSUMER PORTFOLIO SERVICES
P O BOX 57071
IRVINE, CA 92619-7071

CONSUMER PORTFOLIO SERVICES
P O BOX 57071
IRVINE, CA 92619-7071

THE FINANCE COMPANY
% DAVID N FRANKLIN
99 INCA STREET
DENVER, CO 80223

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115