# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
)
)
DANIEL LEE WYATT )
BARBARA ANN WYATT, )
) No. B-08-50497     C-13W
)
Debtors. )

## ORDER

    This matter coming before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtors, to allow the claim of The Finance Company for $11,917.09 and to disallow the claim of Consumer Portfolio Services for $11,216.91 because it is a duplicate claim, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 13, 2009 by the Clerk of Court setting April 22, 2009 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be granted; therefore, it is

    **ORDERED** that The Finance Company is allowed an unsecured claim for $11,917.09; and it is further

    **ORDERED** that Consumer Portfolio's claim for $11,216.91 is disallowed because it duplicates a previously filed claim.

### PARTIES TO BE SERVED
PAGE 1 OF 1
08-50497          C-13W

DANIEL LEE WYATT
BARBARA ANN WYATT
5832 SIR KNIGHT CIRCLE
CLEMMONS, NC 27012

CONSUMER PORTFOLIO SERVICES
P O BOX 57071
IRVINE, CA 92619-7071

CONSUMER PORTFOLIO SERVICES
P O BOX 57071
IRVINE, CA 92619-7071

THE FINANCE COMPANY
% DAVID N FRANKLIN
99 INCA STREET
DENVER, CO 80223

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115